# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO THE        :    NO. 645
                                 :
CIVIL PROCEDURAL RULES           :    CIVIL PROCEDURAL RULES DOCKET
                                 :
COMMITTEE                        :
                                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2016, David J. Caputo, Esquire, Philadelphia, is hereby appointed as a member of the Civil Procedural Rules Committee for terms expiring June 30, 2019.